**United States District Court**
For the Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TRANQUILITY, INC., a California corporation doing business as SAN MIGUEL VILLA, <br><br> Defendant. _____/ | No. C-10-02647 (DMR) <br><br> **ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

    The Court is in receipt of the parties' Joint Case Management Conference Statement. The Initial Case Management Conference previously scheduled for February 9, 2011 has been CONTINUED to **March 23, 2011 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. A Case Management Statement is due no later than **March 16, 2011.** Immediately upon receipt of this Order, Plaintiffs shall serve Defendant with a copy of this Order and file a proof of service with the Court.

    IT IS SO ORDERED.

Dated: February 3, 2011

DONNA M. RYU
United States Magistrate Judge